IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


UNITED STATES OF AMERICA


VS.                                    CRIMINAL NO. 2:21-CR-6-KS-MTP-002


ALFREDRIC JAMES, ET AL

<u>ORDER</u>

THIS CAUSE IS BEFORE THE COURT on Order to Show Cause [227] entered by the undersigned Judge. The attorney for the Defendant, Honorable Samuel Martin, was directed to show cause why he should not be sanctioned for failing to attend a pre-set hearing before this Court on June 2, 2022. Mr. Martin appeared before the Court as directed and stated that he admitted not appearing, but that he thought that a Motion to Continue had been filed. The Court found that a Motion to Continue was filed on June 3, 2022.  The Court found that the reasons stated were inadequate and that Mr. Martin should be sanctioned in the amount of three hundred dollars ($300.00) for his failure to appear.

NOW, THEREFORE, IT IS HEREBY ORDERED that Attorney Samuel Martin pay to the Clerk of this Court the sum of three hundred dollars ($300.00) as sanctions for failing to appear for a prescheduled hearing.

SO ORDERED this the ___9th___ day of June, 2022.


_____s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE