IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                              CRIMINAL NO. 2:21-CR-6-KS-MTP-002

ALFREDRIC JAMES, ET AL

ORDER

BE IT REMEMBERED that on the 22nd day of September 2022, a jury trial was being conducted in the above styled case. Closing arguments had been delivered, and the jurors retired to the jury room to begin deliberations. One of the jurors requested something to eat. She related that she was feeling faint because she had had no food. The Court did not want to send the jury out for lunch and chose to order some food to allow the jury to begin deliberating and to accommodate the juror with the particular problem. Pizza was ordered and delivered to the jury at a cost of $62.94. The Court considered this an emergency situation because of the juror's conditions and the stage that the trial was in. The Court finds that documentation has been provided for the charge and should be reimbursed.

NOW, THEREFORE, IT IS HEREBY ORDERED that Judge Keith Starrett should be reimbursed the sum of $62.94 for food purchased for the jury during their deliberations.

SO ORDERED this the 21st day of October 2022.

U.S. DISTRICT JUDGE